### TOWN OF CANAAN v. TOWN OF SALISBURY.

A bastard child is settled with the mother.

ACTION for supporting Tom, a bastard child. Issue to the jury.

The case was — The mother of Tom was settled in Salisbury; she went from that place pregnant with Tom to Norfolk, was warned out; and as she was traveling back through Canaan to Salisbury, Tom was born in Canaan, and is a bastard. ₒ

Question was — Whether Tom was settled in Canaan, where born, or in Salisbury with his mother. Verdict for plaintiffs.

And by the COURT. Although by the laws of England, a bastard is settled where born, unless the mother is illegally thrust out; yet by the laws of this state, a bastard is settled with the mother, and this is agreeable to the law of nature and reason.